UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

RAMESH TADUVAI,

                Defendant.

20 Civ. __9822__

**CONSENT JUDGMENT**

Upon the consent of plaintiff the United States of America and defendant Ramesh Taduvai, it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $600,000 against Ramesh Taduvai.

[Intentionally Left Blank]

Agreed to by:

Dated: November 19, 2020

                                AUDREY STRAUSS
                                Acting United States Attorney for the
                                Southern District of New York

                    By:   _____
                                JENNIFER JUDE
                                Assistant United States Attorney
                                86 Chambers Street, Third Floor
                                New York, New York 10007
                                Telephone: (212) 637-2663
                                Email: jennifer.jude@usdoj.gov

                                *Attorney for the United States*

Dated: _____, 2020

                                DEFENDANT RAMESH TADUVAI

                                _____
                                Ramesh Taduvai

11/18/20

                                FRIER LEVITT

                    By:   _____
                                John Morrone, Esq.
                                Kendra Pannitti, Esq.
                                Frier Levitt
                                84 Bloomfield Avenue
                                Pine Brook, New Jersey 07058
                                Telephone: (973) 852-8359
                                Email: jmorrone@frierlevitt.com
                                              kpannitti@frierlevitt.com

                                *Attorneys for Ramesh Taduvai*

SO ORDERED:

_____
P. Kevin Castel
United States District Judge

Dated: November 23, 2020
New York, New York